UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCONDIDO UNION HIGH SCHOOL DISTRICT,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>JEFFREY FIDEL, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO: 09-CV-1948W (CAB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN AWARD OF ATTORNEY'S FEES [DOC. 31]** |

On January 18, 2011, Defendants Jeffrey Fidel and Julie Fidel filed a motion for an award of attorney's fees. (Doc. 31.) On February 28, 2011, Plaintiff Escondido Union High School District filed a Notice of Non-opposition to the motion. (Doc. 32.)

In light of the foregoing, the Court **GRANTS** Defendants' motion and **AWARDS** Defendants **$23,715.00** in total for attorney's fees. (Doc. 31.)

**IT IS SO ORDERED.**

**DATE: March 30, 2011**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　Southern District of California